**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In Re:** | * | |
| **Get Plated, LLC.** | * | **Case Number 26-12755-BFK** |
| **Debtor** | * | **Chapter 11 Subchapter V** |
| | * | |

**DEBTOR'S MOTION**
**FOR AUTHORITY TO USE CASH COLLATERAL**

The Debtor, Get Plated, LLC, ("Debtor"), by and through its undersigned counsel, Geri Lyons Chase, and the Law Office of Geri Lyons Chase, files this Debtor's Motion for Authority to Use Cash Collateral (the "Motion") and, in support thereof, states as follows:

Jurisdiction

1. This Court has jurisdiction to consider this matter, pursuant to 28 U.S.C.§§ 157 and 1334. This is a core proceeding, pursuant to 28 U.S.C. § 157(b). Venue is proper, pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for relief is 11 U.S.C. § 363.

Background

A. Introduction.

2. On November 16, 2026, (the "Petition Date"), the Debtor has filed a voluntary petition under Chapter 11, Subchapter V, of the United States Bankruptcy Code.

3. The Debtor has continued in possession of its property and business as a Debtor in Possession pursuant to sections 1107(a), 1108 and 1184 of the bankruptcy code.

4. Angela Shortall has been appointed Subchapter V Trustee under Section 1183.

B. Overview of Debtor's Business.

5. The Debtor operates a catering company serving clients in Northern Virginia and the Washington Metro region. It maintains a leased facility wherein it provides event space as well as maintaining its kitchen facility. That space is located in the City of Alexandria at 642 S. Pickett Street, Alexandria Virginia.

6. The Debtor has been continuously operating its business at various locations since its formation in 2014.

7. The Debtor is owned by two members, Keyon Hammond, who is the chef and owner of 82% of the business, and his estranged wife, Alexandria Hammond, who has an interest in the remainder of the membership interests. The two members of the Debtor are in the process of divorce proceedings in the Circuit Court for Charles County, Maryland, *Keyon Hammond vs. Alexandria Hammond*, C-08-FM-25-001659 That matter is scheduled for trial, commencing on November 30, 2026.

8. The Debtor has obtained a number of loans for its business, including 3 loans secured by liens on vehicles, and a loan secured by a lien on a walk-in freezer.

9. It obtained a United States Small Business Administration Economic Injury Disaster Loan, the "SBA EIDL", loan, in June of 2020, which was modified on August 13, 2021, and the loan amount was increased to $500,000.00. Pursuant to the terms of the loan agreement, the Debtor granted a security interest in all collateral to the Small Business Administration, the "SBA". The SBA recorded a financing statement against the Debtor in the UCC records of the State of Maryland. At the time the Debtor obtained the SBA loan, its principal place of business and substantially all of its assets were located at 63 Glymont Road, Indian Head, Maryland 20640.

10. The Debtor has obtained a UCC search report from State of Maryland and from the Virginia State Corporation Commission.

11. The Debtor obtained Merchant Cash Advances from various lenders starting in 2024 and continuing into 2026. A UCC financing statement was filed by third parties on behalf of those creditors, but none of those statements identify the lender and the Debtor can only speculate on the secured party based upon the date of filing.

12. The Debtor's assets consist of 3 vehicles, each of which are fully secured by purchase money liens, various kitchen equipment, cash assets and accounts receivable. The Debtor has obtained deposits for catering events in the approximate amount of $100,000. The bank balance, after subtracting those deposits, is approximately $30,000.00 and the various kitchen equipment, not subject to a purchase money lien, is valued at approximately $20,000.00.

C. Potential Secured Creditors

13. SBA has a lien against the assets of the business because that lien was recorded in the State of Maryland at the time when the business was located within the State of Maryland. The Debtor believes no other creditor is secured because the Debtor's assets, upon liquidation, do not total the amount owed to the SBA.

## Relief Requested

14. The Debtor, in order to be able to propose a Plan of Reorganization, needs to continue its business needs.

15. The Debtor has no alternative borrowing source and must be permitted to use the cash proceeds of accounts receivable to pay its employees and necessary operating expenses.

16. This Motion is an emergency Motion under Bankruptcy Rule 4001(b)(2). Pending a final hearing on the relief requested by this Motion, the Debtor needs to use cash collateral

generated from the collection of accounts receivables to avoid immediate and irreparable harm to the Debtor's Estate and cause the Debtor to cease operations.

17. The Debtor attaches a prospective budget[1] in order to indicate the amounts available to pay to the secured creditor. The Debtor believes that it can continue to make its payment of $2,500.00 per month to the SBA.

18. The Debtor proposes to pay adequate protection to its secured creditors, to the extent each are found to secured by Debtor's cash, by proposing to grant an interest in all new accounts receivable and cash generated by Debtor during the period where this Court authorizes the use of cash collateral while any such secured and properly perfected creditor maintains all of its current security interests in the Debtor's pre-petition assets.

Statement Pursuant to Local Bankruptcy Rule 9013-1(F)(1)

19. Pursuant to Local Bankruptcy Rule 9013-1(F)(1), the Debtor states that, in lieu of submitting a separate memorandum in support of this Motion, it will rely solely upon the grounds and authorities set forth herein.

WHEREFORE, the Debtor prays:

a. That this Court hold a hearing, on an emergency basis before any final hearing on this Motion, to authorize the use of cash collateral as is necessary to avoid immediate and irreparable harm to the Debtor's Estate pending a final hearing;

b. That this Court enter an Order Authorizing Use of Cash Collateral on an emergency basis;

---

[1] The 13-Week Projection attached shows a negative balance in weeks 10 through 13 because the Debtor has not yet signed contracts for catering services for those weeks. The Debtor reasonably expects to provide catering services during that period in a minimum approximate amount of $20,000.00 per week, which would render the Debtor's cash-flow positive for those weeks. It is typical for non-wedding contracts to be booked 2 to 4 weeks in advance of an event.

c. That this Court schedule a final Hearing on the use of Cash Collateral; and

d. for such other and further relief as is deemed just by this Court.

Get Plated, LLC
By Counsel

/s/ Geri Lyons Chase
Geri Lyons Chase, VSB# 28507
Law Office of Geri Lyons Chase
2007 Tidewater Colony Drive, Suite 2B
Annapolis MD 21401
410-573-9004
gchase@glchaselaw.com

Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2026, I served via CM/ECF a copy of this Debtor's Motion for Authority to Use Cash Collateral on:

Kristen Eustis - Kristen.S.Eustis@usdoj.gov
Angela Shortall – Ashortall@3cubed-as.com

I further certify that I mailed a copy of this Motion to all parties on the attached mailing matrix.

/s/ Geri Lyons Chase
Geri Lyons Chase

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 26-12755-BFK<br>Eastern District of Virginia<br>Alexandria<br>Wed Nov 18 17:32:00 EST 2026 | Get Plated, LLC<br>642 S Pickett St<br>Alexandria, VA 22304-4620 | UST smg Alexandria<br>Office of the U. S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | Alexandria Hammond<br>2548 Shipman Ct<br>Bryans Road, MD 20616-4274 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| Anatasia Siepman<br>7717 Georgetown Pike<br>Mc Lean, VA 22102-1411 | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | Byzfunder NYLLC<br>530 7th Ave<br>Floor M1<br>New York, NY 10018-4878 |
| Dear My Event<br>Olivia Kwon<br>4104 Oxford Lane, Apt 303<br>Fairfax, VA 22030-3564 | Emanuel Jenkins<br>Taylor Grimes<br>7048 Foxton Way<br>Hanover, MD 21076-2111 | FC Marketplace, LLC<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111-1922 |
| Favored by Yodit<br>Yodit Gebreyes<br>1510 Clarendon Blvd, #1506<br>Arlington, VA 22209-4303 | First Financial, LLC<br>275 Maple Avenue<br>Harleysville, PA 19438-1742 | Fox Funding Group LLC<br>801 S 21st Avenue<br>Hollywood, FL 33020-6962 |
| (p)IOU FINANCIAL INC<br>600 TOWNPARK LN<br>100<br>KENNESAW GA 30144-3736 | Internal Revenue Service<br>P. O. Box 7346,<br>Philadelphia, PA 19101-7346 | Jaime Dicks<br>Stephanie Erheuh<br>4703 Old Soper Road, Unit 544<br>Suitland, MD 20746-4023 |
| Keyon Hammond<br>5716 Greenhill Avenue<br>Baltimore, MD 21206-2643 | LandK Legal<br>633 NE 167th Street, Suite 121<br>Miami, FL 33162-2451 | LandK Legal<br>70 E. Sunrise Highway, Ste 605<br>Valley Stream, NY 11581-1233 |
| Lovie Patish<br>601 Holland Lane, Apt 1112<br>Alexandria, VA 22314-3593 | M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14240-0000 | Michelle Strickland<br>7035 Bradley Circle<br>Annandale, VA 22003-1802 |
| (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | Ondeck<br>4700 W. Daybreak Pkwy<br>Suite 200<br>South Jordan, UT 84009-5133 | PS Catering Services LLC<br>c/o KQ Law PLLC<br>10505 Judicial Drive, Ste 300<br>Fairfax, VA 22030-5157 |
| Pickett Square-M LLC<br>c/o Moore & Associates<br>4350 East West Highway, Suite<br>Bethesda, MD 20814-4410 | Susan Logozzo<br>245 Cavalier Drive<br>Greenville, SC 29607-4265 | Taylor Dove<br>200 E. Saint Julian Street<br>Post Office Box 9848<br>Savannah, GA 31412-0048 |

Tessa Alimahmoodi
1600 N. Quinn St, Apt 201
Arlington, VA 22209-2847

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900,
Atlanta, GA 30326-1382

US Small Business Administrati
409 3rd Street, NW
Suite 7200
Washington, DC 20416-0001

Virginia Department of Taxatio
P.O. Box 1115
Richmond, VA 23218-1115

Angela L. Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666-2500

Geri Lyons Chase
2007 Tidewater Colony Drive, Suite 2-B
Annapolis, MD 21401-2146

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IOU Financial
600 Town Park Lane, Suite 100
Kennesaw, GA 30144-0000

Navitas Credit Corp
201 Executive Center Drive
Suite 100
Columbia, SC 29210-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lovie Patish
601 Holland Lane, Apt. 1112
Alexandria, VA 22314-3593

(d)Keyon Hammond
5716 Greenhill Avenue
Baltimore, MD 21206-2643

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 36 |
| Bypassed recipients | 2 |
| Total | 38 |

# GET PLATED - 13-WEEK CASH FLOW FORECAST

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *week beginning:* | 11/16/26 | 11/23/26 | 11/30/26 | 12/7/26 | 12/14/26 | 12/21/26 | 12/28/26 | 1/4/27 | 1/11/27 | 1/18/27 | 1/25/27 | 2/1/27 | 2/8/27 | |
| | Projection | Projection | Projection | Projection | Projection | Projection | Projection | Projection | Projection | Projection | Projection | Projection | Projection | |
| *beginning cash:* | $121,942.00 | $102,035.08 | $82,135.08 | $62,235.08 | $61,344.53 | $94,475.53 | $133,047.75 | $110,369.84 | $59,819.84 | $58,810.26 | $41,410.26 | $19,010.26 | ($31,537.74) | |
| **OPERATING CASH RECEIPTS** | | | | | | | | | | | | | | **Total** |
| Existing A/R Collections | $ - | $ - | $ - | $ 9,211.00 | $ 27,029.00 | $ 44,809.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 81,049.00 |
| Customer Collections / Operating Deposits | $ 9,413.00 | $ - | | $ 131,812.00 | $ 23,502.00 | $ 25,699.00 | $ 12,809.00 | $ - | $ 29,437.58 | $ - | $ - | $ - | $ 10,958.00 | $ 243,630.58 |
| Space Rental Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Operating Receipts / Cash Reconciliation / Timing Adjustments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL OPERATING CASH RECEIPTS** | $9,413.00 | $0.00 | $0.00 | $141,023.00 | $50,531.00 | $70,508.00 | $12,809.00 | $0.00 | $29,437.58 | $0.00 | $0.00 | $0.00 | $10,958.00 | $324,679.58 |
| Confirmed / Booked Event Revenue | $ 23,114.00 | $ - | | $ 175,273.00 | $ - | $ 26,566.00 | $ 25,309.00 | $ - | $ 24,774.58 | $ - | $ - | $ - | $ 14,094.00 | $ 289,130.58 |
| Probability-Weighted Pipeline Revenue (40%) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL PROJECTED EVENT REVENUE** | $23,114.00 | $0.00 | $0.00 | $175,273.00 | $0.00 | $26,566.00 | $25,309.00 | $0.00 | $24,774.58 | $0.00 | $0.00 | $0.00 | $14,094.00 | $289,130.58 |
| **NON-OPERATING / FINANCING CASH INFLOWS** | | | | | | | | | | | | | | **Total** |
| Asset Sale Proceeds | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Owner / Other Funding (if any) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Non-Operating / Financing Cash Inflows** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ***TOTAL CASH INFLOW*** | *$9,413.00* | *$0.00* | *$0.00* | *$141,023.00* | *$50,531.00* | *$70,508.00* | *$12,809.00* | *$0.00* | *$29,437.58* | *$0.00* | *$0.00* | *$0.00* | *$10,958.00* | $324,679.58 |
| **TOTAL CASH AVAILABLE** | $131,355.00 | $102,035.08 | $82,135.08 | $203,258.08 | $111,875.53 | $164,983.53 | $145,856.75 | $110,369.84 | $89,257.42 | $58,810.26 | $41,410.26 | $19,010.26 | -$20,579.74 | |
| **DIRECT / EVENT COSTS** | | | | | | | | | | | | | | **Total** |
| Food & Beverage (incl non-alcoholic) | $ 5,431.79 | $ - | $ - | $ 41,189.16 | $ - | $ 6,243.01 | $ 5,947.62 | $ - | $ 5,822.03 | $ - | $ - | $ - | $ 3,312.09 | $ 67,945.69 |
| Liquor / Alcohol | $ 462.28 | $ - | $ - | $ 3,505.46 | $ - | $ 531.32 | $ 506.18 | $ - | $ 495.49 | $ - | $ - | $ - | $ 281.88 | $ 5,782.61 |
| Disposables / Paper / Kitchen Consumables | $ 577.85 | $ - | $ - | $ 4,381.83 | $ - | $ 664.15 | $ 632.73 | $ - | $ 619.36 | $ - | $ - | $ - | $ 352.35 | $ 7,228.26 |
| Contract Labor | $ 3,351.53 | $ - | $ - | $ 25,414.59 | $ - | $ 3,852.07 | $ 3,669.81 | $ - | $ 3,592.31 | $ - | $ - | $ - | $ 2,043.63 | $ 41,923.93 |
| Party / Event Rentals | $ 1,271.27 | $ - | $ - | $ 9,640.02 | $ - | $ 1,461.13 | $ 1,392.00 | $ - | $ 1,362.60 | $ - | $ - | $ - | $ 775.17 | $ 15,902.18 |
| Transportation / Delivery | $ 693.42 | $ - | $ - | $ 5,258.19 | $ - | $ 796.98 | $ 759.27 | $ - | $ 743.24 | $ - | $ - | $ - | $ 422.82 | $ 8,673.92 |
| Vendor / Operating Payables - Actual | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL DIRECT / EVENT COSTS** | $11,788.14 | $0.00 | $0.00 | $89,389.23 | $0.00 | $13,548.66 | $12,907.59 | $0.00 | $12,635.04 | $0.00 | $0.00 | $0.00 | $7,187.94 | $147,456.60 |
| **CONTRIBUTION CASH FLOW** | (2,375.14) | 0.00 | 0.00 | 51,633.77 | 50,531.00 | 56,959.34 | (98.59) | 0.00 | 16,802.54 | 0.00 | 0.00 | 0.00 | 3,770.06 | 177,222.98 |
| **OPERATING OVERHEAD** | | | | | | | | | | | | | | **Total** |
| Permanent / Salaried Payroll | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 143,000.00 |
| Owner Payroll / Draws | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 1,965.00 | $ 25,545.00 |
| Indirect Payroll Taxes & Benefits | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 17,160.00 |
| Commissary / Operating Occupancy | $ - | $ - | | $ 25,650.00 | $ - | | $ - | $ 25,650.00 | $ - | $ - | | $ 25,648.00 | $ - | $ 76,948.00 |
| Insurance | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 631.00 | $ 8,203.00 |
| Essential Vehicles / Fleet | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fuel / Transportation | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Software / Subscriptions | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 319.00 | $ 4,147.00 |
| Utilities / Phone | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 1,665.00 | $ 21,645.00 |
| Current Sales / Use / Operating Taxes | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounting / Ordinary-Course Professional | $ - | $ - | | $ 7,500.00 | $ - | $ - | $ - | $ 7,500.00 | $ - | $ - | $ - | $ 7,500.00 | $ - | $ 22,500.00 |
| Merchant Processing / Bank Charges | $ 131.78 | $ - | $ - | $ 1,974.32 | $ - | $ 987.11 | $ 179.33 | $ - | $ 412.13 | $ - | $ - | $ - | $ 153.41 | $ 3,838.08 |
| SBA Loan Payments | $ - | $ - | $ 2,500.00 | $ - | $ - | $ - | $ 2,500.00 | $ - | $ - | $ - | $ 2,500.00 | $ - | $ - | $ 7,500.00 |
| Other Essential G&A | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 6,500.00 |
| **TOTAL OPERATING OVERHEAD** | $17,531.78 | $17,400.00 | $19,900.00 | $52,524.32 | $17,400.00 | $18,387.11 | $20,079.33 | $50,550.00 | $17,812.13 | $17,400.00 | $19,900.00 | $50,548.00 | $17,553.41 | $336,986.08 |
| **OPERATING CASH FLOW B/F TRANSITION / LEGACY DEBT** | (19,906.92) | (17,400.00) | (19,900.00) | (890.55) | 33,131.00 | 38,572.23 | (20,177.92) | (50,550.00) | (1,009.58) | (17,400.00) | (19,900.00) | (50,548.00) | (13,783.35) | (159,763.10) |
| **RESTRUCTURING / CHAPTER 11 CASH REQUIREMENTS** | | | | | | | | | | | | | | **Total** |
| Geri Lyon Chase / Debtor Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fortis / CRO & Financial Advisor | $ - | $ 2,500.00 | $ - | $ - | $ - | $ - | $ 2,500.00 | $ - | $ - | $ - | $ 2,500.00 | $ - | $ - | $ 7,500.00 |
| Subchapter V Trustee Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Restructuring Costs | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL RESTRUCTURING / CASH REQUIREMENTS** | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $7,500.00 |
| **CASH FLOW AVAILABLE B/F LEGACY DEBT** | (19,906.92) | (19,900.00) | (19,900.00) | (890.55) | 33,131.00 | 38,572.23 | (22,677.92) | (50,550.00) | (1,009.58) | (17,400.00) | (22,400.00) | (50,548.00) | (13,783.35) | (167,263.10) |
| **DEBT / FINANCING CASH PAYMENTS** | | | | | | | | | | | | | | **Total** |
| Adequate Protection / Cash Collateral Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Authorized Financing / Debt Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL POSTPETITION DEBT / FINANCING PAYMENTS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL CASH DISBURSEMENTS** | $29,319.92 | $19,900.00 | $19,900.00 | $141,913.55 | $17,400.00 | $31,935.77 | $35,486.92 | $50,550.00 | $30,447.16 | $17,400.00 | $22,400.00 | $50,548.00 | $24,741.35 | $491,942.68 |
| ***WEEKLY NET CASH FLOW*** | *($19,906.92)* | *($19,900.00)* | *($19,900.00)* | *($890.55)* | *$33,131.00* | *$38,572.23* | *($22,677.92)* | *($50,550.00)* | *($1,009.58)* | *($17,400.00)* | *($22,400.00)* | *($50,548.00)* | *($13,783.35)* | |
| ***CUMULATIVE NET CASH FLOW*** | *($19,906.92)* | *($39,806.92)* | *($59,706.92)* | *($60,597.47)* | *($27,466.47)* | *$11,105.75* | *($11,572.16)* | *($62,122.16)* | *($63,131.74)* | *($80,531.74)* | *($102,931.74)* | *($153,479.74)* | *($167,263.10)* | |
| **Ending Cash** | $102,035.08 | $82,135.08 | $62,235.08 | $61,344.53 | $94,475.53 | $133,047.75 | $110,369.84 | $59,819.84 | $58,810.26 | $41,410.26 | $19,010.26 | ($31,537.74) | ($45,321.10) | |